FILED'08 OCT 29 11:47USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN H. CARTER, II

    Plaintiff,　　　　　　　　　　　　　　　　　CV-07-6270-MA

v.　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

Based on the record and the Order for Remand filed herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings, consistent with the order

Dated this __28__ day of October, 2008.

　　　　　　　　　　　　　　　　　/s/ Malcolm F. Marsh
　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　United States District Judge

1 - JUDGMENT