

John E. Haapala, OSB No. 061739
E-mail: jeh@haapalaw.com
59 E. 11th Ave., Suite 125,
Eugene, Oregon 97401
Phone: 541-345-8474
Fax: 541-345-3237
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOHN H. CARTER II,** | CIVIL CASE NO. 3:07-CV-06270-MA |
| Plaintiff | ORDER AWARDING ATTORNEY FEES |
| v. | PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER,** of Social Security Administration | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $ 6,342.12 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, John Haapala, and mailed to Plaintiff's attorney's office as

1 -- ORDER AWARDING EAJA ATTORNEY FEES

follows: John Haapala, 59 E. 11th Ave., Suite 125, Eugene, Oregon, 97401. There are no costs or expenses to be paid herein.

Dated this __16__ of __Dec__, 2008.

*Malcolm F. Marsh*
United States District Judge/~~Magistrate~~

Submitted by:
John E. Haapala, OSB No. 061739
(541) 345-8474, Attorney for Plaintiff

1 – ORDER AWARDING EAJA ATTORNEY FEES